| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
1741 N Western Ave Acquisitions, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
81-0788921

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **1741 N. Western Avenue**<br>**Chicago, IL 60647**<br>Number, Street, City, State & ZIP Code | **1415 N. Dayton, #103**<br>**Chicago, IL 60642**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br>**1741 N. Western Avenue Chicago, IL 60647**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **1741 N Western Ave Acquisitions, LLC**    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **1741 N Western Ave Acquisitions, LLC**   Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **1741 N Western Ave Acquisitions, LLC** _____ Case number (*if known*)_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor __1741 N Western Ave Acquisitions, LLC__   Case number (*if known*) _____
  Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 12, 2023**
  MM / DD / YYYY

**X** **/s/ Michael N. Lerner**                      **Michael N. Lerner**
  Signature of authorized representative of debtor        Printed name

Title  **Manager & Member**

**18. Signature of attorney**

**X** **/s/ Matthew E. McClintock**                      Date **September 12, 2023**
  Signature of attorney for debtor                         MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**111 W Washington Street**
**Suite 1221**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 337-7700**      Email address  **mattm@goldmclaw.com**

**6280574 IL**
Bar number and State

---

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 5

Debtor __1741 N Western Ave Acquisitions, LLC__ Case number (*if known*) _____
     Name

### ▌ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September 12, 2023__
              MM / DD / YYYY

X _/s/ signature_                         **Michael N. Lerner**
  Signature of authorized representative of debtor     Printed name

Title   **Manager & Member**

**18. Signature of attorney**

X _____     Date __September 12, 2023__
  Signature of attorney for debtor                           MM / DD / YYYY

__Matthew E. McClintock__
Printed name

__Goldstein & McClintock LLLP__
Firm name

__111 W Washington Street__
__Suite 1221__
__Chicago, IL 60602__
Number, Street, City, State & ZIP Code

Contact phone __(312) 337-7700__     Email address __mattm@goldmclaw.com__

__6280574 IL__
Bar number and State

---

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page 5

# RESOLUTION
## of
## 1741 N. WESTERN AVE ACQUISITIONS, LLC
### (an Illinois Limited Liability Company)

### Effective as of September 12, 2023

WHEREAS, the undersigned, in his capacity as sole Manager (the "*Manager*") of 1741 N. Western Ave Acquisitions, LLC, an Illinois limited liability company (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, member, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Northern District of Illinois (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Michael N. Lerner (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Representative;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**Michael N. Lerner, not individually, but solely in his capacity as Manager of 1741 N. Western Ave Acquisitions, LLC**

_____
Michael N. Lerner

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1741 N Western Ave Acquisitions, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AEB Services LLC**<br>**217425 West Empress Lane**<br>**Plainfield, IL 60544** | | | **Disputed** | | | **$5,286,257.48** |
| **City of Chicago Department of Water Management**<br>**1000 East Ohio Street**<br>**Chicago, IL 60611** | | | | | | **$0.00** |
| **Comcast**<br>**P.O. Box 70219**<br>**Philadelphia, PA 19176-0219** | | | | | | **$0.00** |
| **ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197** | | | | | | **$0.00** |
| **Cook County Treasurer**<br>**69 West Washington Street**<br>**Suite 2830**<br>**Chicago, IL 60602** | | **1741 N. Western Avenue, Chicago, Illinois 60647. Multi-family residential building. 14-31-319-001-0000 and 14-31-319-002-0000** | | **Unknown** | **$7,450,000.00** | **Unknown** |
| **Flood Brothers Disposal & Recycling**<br>**P.O. Box 7800**<br>**Carol Stream, IL 60197-7800** | | | | | | **$0.00** |
| **Luxury Property Management LLC**<br>**806 N. Peoria St**<br>**Chicago, IL 60642** | | | | | | **$0.00** |

Debtor **1741 N Western Ave Acquisitions, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael N. Lerner**<br>**1415 N. Dayton**<br>**#103**<br>**Chicago, IL 60642** | | | | | | **$0.00** |
| **Peoples Gas**<br>**P.O. Box 6050**<br>**Carol Stream, IL 60197** | | | | | | **$0.00** |
| **The Cosentino Law Firm LLC**<br>**213 South Second Street**<br>**DeKalb, IL 60115** | | | | | | **$0.00** |

```
AEB Services LLC
217425 West Empress Lane
Plainfield, IL 60544


Chicago Neighborhood Resources, LLC
Attn:  Curtis Bettiker
405 W. Superior St.
Chicago, IL 60654


City of Chicago
Department of Water Management
1000 East Ohio Street
Chicago, IL 60611


CNR Advisors LLC
Attn: Curtis Bettiker
2870 N. Elston
Chicago, IL 60618


Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219


ComEd
P.O. Box 6111
Carol Stream, IL 60197


Cook County Treasurer
69 West Washington Street
Suite 2830
Chicago, IL 60602


Flood Brothers Disposal & Recycling
P.O. Box 7800
Carol Stream, IL 60197-7800


Greiman, Rome & Griesmeyer LLC
205 W. Randolph
Suite 2300
Chicago, IL 60606


Luxury Property Management LLC
806 N. Peoria St
Chicago, IL 60642
```

```
Michael N. Lerner
1415 N. Dayton
#103
Chicago, IL 60642


Peoples Gas
P.O. Box 6050
Carol Stream, IL 60197


The Cosentino Law Firm LLC
213 South Second Street
DeKalb, IL 60115
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **1741 N Western Ave Acquisitions, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **1741 N Western Ave Acquisitions, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 12, 2023** | **/s/ Matthew E. McClintock** |
| Date | **Matthew E. McClintock** |
| | Signature of Attorney or Litigant |
| | Counsel for  **1741 N Western Ave Acquisitions, LLC** |
| | **Goldstein & McClintock LLLP** |
| | **111 W Washington Street** |
| | **Suite 1221** |
| | **Chicago, IL 60602** |
| | **(312) 337-7700 Fax:(312) 277-2305** |
| | **mattm@goldmclaw.com** |