UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk12072 |
| | ) | |
| 1741 N. Western Ave Acquisitions, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO GOLDSTEIN & MCCLINTOCK LLLP ATTORNEYS FOR DEBTOR, FOR
ALLOWANCE AND PAYMENT OF <u>INTERIM</u> COMPENSATION AND
REIMBURSEMENT OF EXPENSES, AUTHORIZING USE OF RETAINER AND
AUTHORIZING DEBTOR TO PAY REMAINING AMOUNTS DUE

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 83,387.00 | TOTAL COSTS REQUESTED: | $ 1,124.14 |
| TOTAL FEES REDUCED: | $ 1,234.60 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 82,152.40 | TOTAL COSTS ALLOWED: | $ 1,124.14 |

TOTAL FEES AND COSTS ALLOWED: $82,152.40

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 1,234.60</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

ADDITIONAL RELIEF

(1)    Goldstein and McClintock LLLP is hereby authorized to apply the retainer that it is holding to the amounts due under this order.

(2)    The Debtor is authorized to pay Goldstein & McClintock LLLP the remaining amounts due after application of the retainer.

Dated:  May 8, 2024

_____
Timothy A. Barnes, Judge
United States Bankruptcy

# Goldstein & McClintock LLLP

**INVOICE**

111 W. Washington St., Ste. 1221
Chicago, Illinois 60602

Invoice # 13905
Date: 04/08/2024
Due On: 04/23/2024

1741 N Western Ave Acquisitions, LLC

## Case Administration

| Attorney | Date | Description | Quantity | Rate | Total | |
|---|---|---|---|---|---|---|
| Ainsley Moloney | 09/13/2023 | Email correspondence with M. McClintock re first day declaration, other first day motions | 0.20 | $735.00 | $147.00 | |
| Ainsley Moloney | 09/13/2023 | Draft first day declaration(2.9), motion to continue receiver(3.0); email correspondence with client, team re same(.2) | 6.10 | $735.00 | $4,483.50 | |
| William Thomas | 09/13/2023 | Preparation of Proposed Order regarding Motion for Additional Time to File Schedules and Statements (.6); Preparation of Proposed Order regarding Motion to Excuse Compliance with Section 543(A) and (B) and to Compel Receiver's Cooperation (.6); Preparation of Notice of Motion for Additional Time to file Schedules and Statements (.6); Preparation of Notice of Motion to Excuse Compliance with Section 543(A) and (B) and to Compel Receiver's Cooperation (.6); Search for Judge Barnes' Motion Calendar (.2); Online search for Northern District of Illinois Bankruptcy Forms (.2); Multiple Emails to Attorneys Moloney and Dan regarding foregoing and revisions to the same (.3) | 3.10 | $365.00 | $1,131.50 | |
| Jeffrey Dan | 09/13/2023 | Review of Draft Order excusing turnover and email to Ainsley Moloney and William Thomas regarding changes to same. | 0.20 | $575.00 | $115.00 | (1) |
| Ainsley Moloney | 09/14/2023 | Review and revise first day declaration, motion to continue receiver, motion to extend time to file schedules, draft orders, Kozlowski declaration; email correspondence with client, team re same | 2.90 | $735.00 | $2,131.50 | (1) |
| Matthew McClintock | 09/14/2023 | Review and respond to multiple correspondence re: issues for finalizing declaration & pleadings | 0.10 | $575.00 | $57.50 | |
| William Thomas | 09/14/2023 | Preparation of Certificate of Service and | 0.80 | $365.00 | $292.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Matthew McClintock | 09/26/2023 | Call with co-counsel re: sale process and possibility of larger settlement to maximize value (0.4); multiple correspondence with UST and lender's counsel to finalize receiver order negotiations and prepare for hearing (0.5) | 0.90 | $575.00 | $517.50 |
| Ainsley Moloney | 09/26/2023 | Email correspondence with M. McClintock re preparation for first day hearing, receiver order | 0.20 | $735.00 | $147.00 |
| Ainsley Moloney | 09/26/2023 | Review final form of receiver order; email correspondence with M. McClintock, M. Lerner re same | 0.20 | $735.00 | $147.00 | (1) |
| Matthew McClintock | 09/27/2023 | Consider upcoming dates and deadlines, review code and precedent, and calendar same | 0.40 | $575.00 | $230.00 |
| Jeffrey Dan | 09/28/2023 | Telephone conference with Michael Lerner regarding monthly reports, preparation for initial debtor interview and duties in chapter 11. | 0.30 | $575.00 | $172.50 |
| Jeffrey Dan | 09/28/2023 | Attend initial debtor interview with Michael Lerner and Andrew Hunt from UST office. | 0.40 | $575.00 | $230.00 |
| Keram Emile | 10/01/2023 | Edited and filed notice of application and order authorizing employment and retention of G&M. | 0.20 | $235.00 | $47.00 |
| Ainsley Moloney | 10/04/2023 | Email correspondence with M. McClintock, J. Dan re sale motion and related motions | 0.30 | $735.00 | $220.50 |
| Ainsley Moloney | 10/05/2023 | Email correspondence with M. Lerner, M. McClintock re sale terms, potential broker | 0.20 | $735.00 | $147.00 |
| Jeffrey Dan | 10/12/2023 | Telephone conference with Matt McClintock and Nataliya Dyakiv regarding background financial history for client and documentation regarding claims. | 0.80 | $575.00 | $460.00 |
| Jeffrey Dan | 10/16/2023 | Email to Michael Lerner regarding section 341 meeting of creditors and preparation for same. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 10/17/2023 | Email to Andrew Hunt regarding bank accounts for Debtor. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 10/18/2023 | Telephone conference with Michael Lerner regarding preparation for 341 meeting. | 0.90 | $575.00 | $517.50 |
| Jeffrey Dan | 10/18/2023 | Emails to Michael Lerner with documents to prepare for 341 meeting. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 10/19/2023 | Attend 341 meeting of creditors. | 0.70 | $575.00 | $402.50 |
| Jeffrey Dan | 10/19/2023 | Telephone conference with client regarding | 0.20 | $575.00 | $115.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | documents needed following 341 meeting. | | | |
| Jeffrey Dan | 10/24/2023 | Email to Gretchen Silver regarding creditor addresses. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 11/08/2023 | Email to Nataliya Dyakiv regarding subpoena fee. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 11/29/2023 | Telephone conference with Gretchen Silver regarding various matters including sale motion, status of case in general and monthly operating report questions. | 0.20 | $575.00 | $115.00 |
| Jeffrey Dan | 01/02/2024 | Email to receiver Curt Bettiker regarding insurance certificate. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 01/04/2024 | Email to Gretchen Silver regarding insurance certificate. | 0.10 | $575.00 | $57.50 |
| Keram Emile | 01/16/2024 | Drafted 2 Notices of Motion, then filed 2 motions. Motion to employ and Motion for bid procedures. | 0.80 | $235.00 | $188.00 |
| Jeffrey Dan | 01/19/2024 | Email to Michael Lerner regarding settlement discussions and issue for pending motions and potential dismissal of case. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 01/23/2024 | Telephone conference with Ainsley Moloney regarding status of settlement and motions up for hearing regarding sale. | 0.30 | $575.00 | $172.50 |
| Jeffrey Dan | 02/02/2024 | Email to Gretchen Silver regarding status of settlement and sale procedure motion. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 02/05/2024 | Email to Michael Lerner regarding status of settlement. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 02/06/2024 | Telephone conference with Marcus Galloway regarding sale motion and affect on former tenants. | 0.20 | $575.00 | $115.00 |
| Jeffrey Dan | 02/06/2024 | Email to Marcus Galloway regarding meeting to discuss status of case and affect on him as former tenant. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 02/06/2024 | Telephone conference with Michael Lerner regarding strategy re settlement with lender and sale motion. | 0.20 | $575.00 | $115.00 |
| Jeffrey Dan | 02/06/2024 | Emails to Gretchen Silver and Adam Rome regarding continuing bid procedures motion and motion to employ broker. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 03/17/2024 | Drafting of bar date motion. | 1.10 | $575.00 | $632.50 |
| Jeffrey Dan | 03/18/2024 | Edit/revise bar date motion and draft order regarding same. | 0.40 | $575.00 | $230.00 |

(1)

| Keram Emile | 03/18/2024 | Drafted notice of motion and certificate of service for Bar date motion, then filed, per Jeff | 0.70 | $235.00 | $164.50 |
|---|---|---|---|---|---|
| Jeffrey Dan | 03/19/2024 | Email to Gretchen Silver regarding status of Plan, sale motion and broker motion. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 03/20/2024 | Telephone conference with Adam Rome regarding status of Plan and schedule for proceeding with bidding procedures and Plan. | 0.20 | $575.00 | $115.00 |
| Jeffrey Dan | 03/21/2024 | Email to Curt Bettiker regarding US Trustee fees. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 03/26/2024 | Review claim filed by Michael J. Lerner | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 03/26/2024 | Email to client regarding claim of Michael J. Lerner. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 03/28/2024 | Drafting of Notice of Bar Date. | 1.50 | $575.00 | $862.50 |
| Jeffrey Dan | 03/29/2024 | Revise/edit Bar Date Notice. | 0.20 | $575.00 | $115.00 |
| Keram Emile | 04/01/2024 | Edited and filed certificate of service for notice of bar date and the order, per Jeff | 0.50 | $235.00 | $117.50 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Dan | 9.5 | $575.00 | $5,462.50 |
| Matthew McClintock | 4.3 | $575.00 | $2,472.50 |
| Ainsley Moloney | 12.3 | $735.00 | $9,040.50 |
| William Thomas | 3.9 | $365.00 | $1,423.50 |
| Keram Emile | 2.5 | $235.00 | $587.50 |
| | | Subtotal | $18,986.50 |

## G&M Retention & Fee Application

| Attorney | Date | Description | Quantity | Rate | Total | |
|---|---|---|---|---|---|---|
| Liberty Smith | 09/20/2023 | Reviewed related background documents and drafted G&M retention application and declaration in support. | 2.50 | $195.00 | $487.50 | (1) |
| Matthew McClintock | 09/27/2023 | Review and mark-up G&M fee application and associated documents (0.4); conference with Liberty to go over revisions needed (0.2) | 0.60 | $575.00 | $345.00 | |
| Liberty Smith | 09/29/2023 | Edited motion and draft proposed order | 1.00 | $195.00 | $195.00 | (1) |

| | | regarding employment | | | |
|---|---|---|---|---|---|
| Jeffrey Dan | 10/02/2023 | Review of final draft of employment motion and prepare for filing. | 0.20 | $575.00 | $115.00 |
| Jeffrey Dan | 10/10/2023 | Telephone conference with Gretchen Silver regarding changes to employment order. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 10/10/2023 | Email to Gretchen Silver regarding retention agreement. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 10/10/2023 | Edit proposed order approving retention and file same. | 0.20 | $575.00 | $115.00 |
| Keram Emile | 10/12/2023 | Edited Attorney compensation document and replaced standard form with the edited document on bestcase. Entered information for SOFA #11, per Jeff. | 0.30 | $235.00 | $70.50 |
| Jeffrey Dan | 04/04/2024 | Initial drafting of Interim Fee Application. | 2.20 | $575.00 | $1,265.00 |
| Jeffrey Dan | 04/08/2024 | Edit/revise Interim Fee Application. | 1.40 | $575.00 | $805.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Dan | 4.2 | $575.00 | $2,415.00 |
| Matthew McClintock | 0.6 | $575.00 | $345.00 |
| Keram Emile | 0.3 | $235.00 | $70.50 |
| Liberty Smith | 3.5 | $195.00 | $682.50 |
| | | Subtotal | $3,513.00 |

## Other Retention & Fee Application

| Attorney | Date | Description | Quantity | Rate | Total | |
|---|---|---|---|---|---|---|
| Ainsley Moloney | 11/14/2023 | Review Greenstone listing agreement; email correspondence with M. McClintock, M. Lerner, N. Dyakiv, J. Dan re same | 0.50 | $735.00 | $367.50 | (1) |
| Ainsley Moloney | 11/15/2023 | Revise draft listing agreement; email correspondence with M. Lerner, D. Spitz re same. | 0.90 | $735.00 | $661.50 | (1) |
| Jeffrey Dan | 11/15/2023 | Review of listing agreement and email to Ainsley Moloney regarding changes needed to agreement for bankruptcy approval. | 0.40 | $575.00 | $230.00 | (1) |
| Ainsley Moloney | 11/16/2023 | Email correspondence with D. Spitz, J. Dan re Greenstone listing agreement, bid procedures | 0.30 | $735.00 | $220.50 | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Dan | 4.2 | $575.00 | $2,415.00 |
| Ainsley Moloney | 2.3 | $735.00 | $1,690.50 |
| | | Subtotal | $4,105.50 |

## Hearings

| Attorney | Date | Description | Quantity | Rate | Total | |
|---|---|---|---|---|---|---|
| Matthew McClintock | 09/26/2023 | Prepare for first day hearing including review of docket and calendar and correspondence with parties | 0.30 | $575.00 | $172.50 | |
| Matthew McClintock | 09/27/2023 | Prepare for (0.3) and attend (1.5) hearing on first day matters; revise draft order to follow on receiver motion and correspondence to chambers re: same (0.3) | 2.10 | $575.00 | $1,207.50 | |
| Jeffrey Dan | 10/25/2023 | Prepare for and attend hearing on 2004 Motion. | 0.70 | $575.00 | $402.50 | (1) |
| Ainsley Moloney | 01/24/2024 | Prepare for and attend hearing re continuing sale motion | 1.40 | $735.00 | $1,029.00 | (1) |
| Jeffrey Dan | 02/07/2024 | Attend hearing on status of Bid Procedures Motion and Motion to Employ Broker. | 1.30 | $575.00 | $747.50 | |
| Jeffrey Dan | 03/20/2024 | Attend hearing on motion to employ broker and bid procedures motion. | 1.50 | $575.00 | $862.50 | |
| Jeffrey Dan | 03/27/2024 | Attend hearing on bid procedures motion and bar date motion. | 0.70 | $575.00 | $402.50 | |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Jeffrey Dan | 4.2 | $575.00 | $2,415.00 |
| Matthew McClintock | 2.4 | $575.00 | $1,380.00 |
| Ainsley Moloney | 1.4 | $735.00 | $1,029.00 |
| | | Subtotal | $4,824.00 |

## Litigation

| Attorney | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Expense | 09/30/2023 | Postage for September, 2023 (billed at actual cost) | 1.00 | $139.30 | $139.30 |
| Expense | 10/31/2023 | Postage for October, 2023 (billed at actual cost) | 1.00 | $26.91 | $26.91 |
| Expense | 10/31/2023 | Copies for October, 2023 (billed at actual cost) | 1.00 | $13.00 | $13.00 |
| Expense | 10/31/2023 | Lexis-Nexis legal research charges for the month of October 2023 (billed at actual cost) | 1.00 | $34.68 | $34.68 |
| Expense | 11/30/2023 | Copies for November, 2023 (billed at actual cost) | 1.00 | $6.70 | $6.70 |
| Expense | 12/31/2023 | CM/ECF Pacer charges for Quarter ending December 31, 2023 (billed at actual cost) | 1.00 | $2.10 | $2.10 |
| Expense | 12/31/2023 | Postage for December, 2023 (billed at actual cost) | 1.00 | $0.63 | $0.63 |
| Expense | 12/31/2023 | Copies for December, 2023 (billed at actual cost) | 1.00 | $5.00 | $5.00 |
| Expense | 01/31/2024 | Postage for January, 2024 (billed at actual cost) | 1.00 | $90.09 | $90.09 |
| Expense | 01/31/2024 | Copies for January, 2024 (billed at actual cost) | 1.00 | $168.00 | $168.00 |
| Expense | 01/31/2024 | CM/ECF Pacer charges for month ending January 31, 2024 (billed at actual cost) | 1.00 | $3.70 | $3.70 |
| Expense | 02/29/2024 | Copies for February, 2024 (billed at actual cost) | 1.00 | $0.70 | $0.70 |
| Expense | 03/31/2024 | Postage for March, 2024 (billed at actual cost) | 1.00 | $21.92 | $21.92 |
| Expense | 03/31/2024 | Copies for March, 2024 (billed at actual cost) | 1.00 | $14.00 | $14.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| | | Subtotal | $1,124.14 |

## Asset Sales

| Attorney | Date | Description | Quantity | Rate | Total | |
|---|---|---|---|---|---|---|
| Matthew McClintock | 09/20/2023 | Work on outline of possible sale process / proposal to lender | 0.40 | $575.00 | $230.00 | |
| Matthew McClintock | 09/26/2023 | Correspondence to client re: sale process (0.2); discussion with potential broker (0.2) | 0.40 | $575.00 | $230.00 | |
| Ainsley Moloney | 10/09/2023 | Draft sale motion | 1.70 | $735.00 | $1,249.50 | |
| Ainsley Moloney | 10/10/2023 | Draft sale motion and related documents; email correspondence with M. McClintock re same | 3.30 | $735.00 | $2,425.50 | (1) |
| Ainsley Moloney | 10/11/2023 | Draft sale motion, related notice and proposed orders; email correspondence with M. McClintock re same | 1.50 | $735.00 | $1,102.50 | (1) |

| | | | | | |
|---|---|---|---|---|---|
| Matthew McClintock | 10/17/2023 | Review and revise sale motion (1.3) and bidding procedures (0.8); correspondence to client re: same and associated issues, including broker terms (0.2); correspondence to Ainsley re issues for finalizing papers (0.2) | 2.50 | $575.00 | $1,437.50 |
| Ainsley Moloney | 10/17/2023 | Email correspondence with M. Lerner, M. McClintock re sale process, motion | 0.20 | $735.00 | $147.00 |
| Ainsley Moloney | 10/18/2023 | Draft and revise sale motion, related notices; telephone correspondence with M. Lerner re same | 3.30 | $735.00 | $2,425.50 |
| Ainsley Moloney | 10/18/2023 | Email and telephone correspondence with M. McClintock re sale process | 0.30 | $735.00 | $220.50 |
| Matthew McClintock | 10/18/2023 | Strategy conference with Jeff Dan re: sale issues / potential refinancing / issues for 341 (0.2); call with Ainsley re: sale issues (0.2) | 0.40 | $575.00 | $230.00 |
| Ainsley Moloney | 10/26/2023 | Email correspondence with M. Lerner, M. McClintock re sale process | 0.20 | $735.00 | $147.00 |
| Ainsley Moloney | 10/27/2023 | Email correspondence with M. Lerner re sale process | 0.10 | $735.00 | $73.50 |
| Ainsley Moloney | 10/30/2023 | Call M. Lerner re sale process | 0.20 | $735.00 | $147.00 |
| Ainsley Moloney | 10/31/2023 | Email and telephone correspondence with M. Lerner, N. Dyakiv, D. Spitz re sale process | 0.90 | $735.00 | $661.50 |
| Ainsley Moloney | 11/07/2023 | Email correspondence with counsel to prospective stalking horse M. McClintock re offer(.2); email correspondence with M. Lerner re same(.1) | 0.30 | $735.00 | $220.50 |
| Ainsley Moloney | 11/08/2023 | Email correspondence with M. Lerner re offer from potential stalking horse, greenstone retention | 0.30 | $735.00 | $220.50 |
| Jeffrey Dan | 11/13/2023 | Conference with Matt McClintock regarding status of sale motion. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 11/13/2023 | Email to Ainsley Moloney regarding finalizing sale motion/ | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 11/13/2023 | Email to client regarding finalizing terms for sale motion. | 0.10 | $575.00 | $57.50 |
| Ainsley Moloney | 11/13/2023 | Email correspondence with M. Lerner re sale motion(.2); email correspondence with J. Dan re same(.1) | 0.30 | $735.00 | $220.50 |
| Matthew McClintock | 11/13/2023 | Follow-up with Jeff re: motion to sell / need to get process moving | 0.10 | $575.00 | $57.50 |
| Ainsley Moloney | 11/15/2023 | Email correspondence with potential purchaser, M. McClintock re sale, retention | 0.20 | $735.00 | $147.00 |

(1)

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey Dan | 12/26/2023 | Email to client regarding finalizing sale motion. | 0.10 | $575.00 | $57.50 |
| Ainsley Moloney | 01/04/2024 | Email correspondence with prospective buyer re status of sale motion | 0.20 | $735.00 | $147.00 |
| Ainsley Moloney | 01/04/2024 | Email correspondence with J. Dan, M. McClintock re status of sale motion | 0.20 | $735.00 | $147.00 |
| Jeffrey Dan | 01/04/2024 | Email to Ainsley Moloney regarding status of sale. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 01/10/2024 | Telephone conference with David Askar regarding sale of building and potential offer. | 0.20 | $575.00 | $115.00 |
| Ainsley Moloney | 01/10/2024 | Email correspondence with J. Dan, M. Lerner re sale motion | 0.10 | $735.00 | $73.50 |
| Ainsley Moloney | 01/11/2024 | Finalize sale motion, related documents for filing(1.4); email correspondence with M. Lerner, M. McClintock, J. Dan, D. Spitz re same(.2) | 1.60 | $735.00 | $1,176.00 |
| Jeffrey Dan | 01/11/2024 | Review/edit/revise all documents regarding the sale motion, including the motion, notice, bid procedures and order and email to Ainsley Moloney regarding same. | 1.10 | $575.00 | $632.50 |
| William Thomas | 01/11/2024 | Email to Ainsley Moloney regarding Notice of Sale and Bid Procedures Motion (.1); Email to Ainsley Moloney regarding hearing time for Motion (.1); Preparation of Notice of Motion, parties for service, and incorporation into document with Motion (.8); Email to Attorneys Moloney and Dan with Notice of Motion, parties for service and Sale and Bid Procedures Motion document (.1) | 1.10 | $385.00 | $423.50 |
| Ainsley Moloney | 01/12/2024 | Email correspondence with M. McClintock, J. Dan, re sale motion(.1); email correspondence with receiver, D. Spitz re same(.1). | 0.20 | $735.00 | $147.00 |
| Jeffrey Dan | 01/12/2024 | Email to client regarding sale procedure motion and approval of same. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 01/12/2024 | Telephone conference with Ainsley Moloney regarding status of sale procedure motion. | 0.10 | $575.00 | $57.50 |
| Jeffrey Dan | 01/15/2024 | Review/edit notice of sale procedures motion | 0.10 | $575.00 | $57.50 |
| Ainsley Moloney | 01/16/2024 | Email correspondence with J. Dan, K. Emile re sale motion; review documents for filing. | 0.50 | $735.00 | $367.50 | (1)
| Jeffrey Dan | 01/16/2024 | Telephone conference with Michael Lerner regarding sale procedure motion and approval of same. | 0.10 | $575.00 | $57.50 |