Form G5 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number:  23-12072 |
| | ) | |
| 1741 N. Western Ave Acquisitions, LLC | ) | Chapter:  11 |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISALLOWING CLAIM OF MICHAEL NATHAN LERNER

This matter coming on for hearing on the objection of Michael J. Lerner to the scheduled claim of Michael Nathan Lerner pursuant to 11 U.S.C. Sections 502, Rule 3007 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 3007-1; due notice having been served upon all parties in interest; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Michael J. Lerner's Objection to Michael N. Lerner's Claim is granted.

2. The Claim of Michael Nathan Lerner in the amount of $573,412.00 is disallowed.

Enter:

Dated:                                                                 United States Bankruptcy Judge

**Prepared by:**

Adam B. Rome (ARDC #6278341)
Greiman, Rome & Griesmeyer, LLC
205 W. Randolph St., Ste. 2300
Chicago, IL 60606
(312) 428-2750
arome@grglegal.com